FILED
2014 Nov-13 AM 11:55
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JEROME HENDERSON, JR., ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. 1:12-cv-00821-VEH |
| ) | |
| JOHN T. RATHMAN, ) | |
| ) | |
| Respondent. ) | |

# **MEMORANDUM OPINION**

On October 21, 2014, the magistrate judge filed his Report and Recommendation in the above-styled cause, recommending that this petition for *habeas corpus* relief filed pursuant to 28 U.S.C. § 2241 be dismissed as moot. No objections have been filed. On November 12, 2014, the copy of the magistrate judge's Report and Recommendation sent to the petitioner was returned as undeliverable, noting that the petitioner was released on October 28, 2014.

Having now carefully reviewed and considered *de novo* all the materials in the court file, including the Report and Recommendation, the Court is of the opinion that the report is due to be and hereby is ADOPTED, and the recommendation is ACCEPTED.  Consequently, the petition for writ of *habeas corpus* filed pursuant to

28 U.S.C. § 2241 in the above-styled cause is due to be DISMISSED as MOOT. An order of final judgment will be entered contemporaneously herewith.

**DONE** this 13th day of November, 2014.

*/s/ Virginia Emerson Hopkins*
**VIRGINIA EMERSON HOPKINS**
United States District Judge